# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| DuJuan Green | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    4:12-cv-2863-MGL |
| N Merchant, C/O Davis, C/O Moore, A Glidewell | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: This case is dismissed without prejudice pursuant to Rule 41(b)of the Federal Rules of Civil

Procedure.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Mary G. Lewis, United States District Judge. The court adopts the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   October 9, 2013                          *CLERK OF COURT*


                                                 s/Debbie Stokes
                                                 _____
                                                 *Signature of Clerk or Deputy Clerk*